IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON D. COLLINS**                                                                                   **PLAINTIFF**

Vs.                                       **CASE NO. 4:07CV00320 JMM**

**CATERING CONNECTION, INC.**                                                           **DEFENDANT**
d/b/a CAFÉ 42  (originally sued as Café 42 William Presidential Library)

**ORDER**

Pending is Defendant, Catering Connection, Inc.'s motion to dismiss.  (Docket # 22). Plaintiff has not responded.  Plaintiff's complaint alleges employment discrimination based upon race pursuant to Title VII.  Defendant contends that Plaintiff's complaint fails to state a claim upon which relief may be granted. In an Order entered July 6, 2007 the Court found that Plaintiff's complaint was to vague and ambiguous for Defendant to frame a responsive pleading.  The Court ordered Plaintiff to file an amended complaint within twenty (20) days stating:  specific facts demonstrating that he is a member of a protected class, that he met the legitimate expectations of his employer, that he suffered an adverse employment action, that similarly situated employees that were not members of the protected class were treated differently and the relief requested.

Plaintiff did not file an Amended Complaint, as directed by the Court's July 6th Order.  Local Rule 5.5(c)(2) provides that if any communication from the Court to a *pro se* litigant is not responded to within thirty days, the case may be dismissed without prejudice.  More than thirty days have passed since the entry date of that Order, and Plaintiff has not responded to the Court's Order, nor provided the Court with notice of a change of address.

1

Under these circumstances, the Court concludes that this case should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) ("District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and we review the exercise of this power for abuse of discretion.")

IT IS THEREFORE ORDERED that Plaintiff's Complaint (docket entry #2) be and it is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of August, 2007.

_____
James M. Moody
United States District Judge