**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BRANDON D. COLLINS**                                                                                         **PLAINTIFF**

Vs.                                              **CASE NO. 4:07CV00320 JMM**

**CATERING CONNECTION, INC.**                                                                          **DEFENDANT**
**d/b/a CAFÉ 42** (originally sued as Café 42 William Presidential Library)

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of August, 2007.

_____
James M. Moody
United States District Judge